United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 15-10833-elf
Linda S. McNeil                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 2           Date Rcvd: May 03, 2017
                  Form ID: pdf900         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
```
db            +Linda S. McNeil,    4139 Dungan Avenue,    Philadelphia, PA 19124-5317
13476381      +City of Philadelphia Traffic Court,    Moving Violations,    800 Spring Garden Street,
               Philadelphia, PA 19123-2616
13476383      +Equifax,    P.O. Box 144717,    Orlando, FL 32814-4717
13476384      +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13476386      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13506409      +MidFirst Bank,    c/o Andrew F. Gornall, Esquire,    KML Law Group, P.C,
               701 Market Streeet, Suite 5000,    Phila., PA 19106-1541
13528065      +Midfirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13476387       Midfirst Bank,    Midland Mortgage Company,    PO Box 268950,    Oklahoma City, OK  73126-8950
13476388      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
               Oklahoma City, OK 73126-0648
13476389       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
               Harrisburg, PA 17120-0946
13476391      +PGW,    Legal Dept. 4th Floor,    800 Montgomery Avenue,    Philadelphia, PA 19122-2806
13476392     #+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-n,    Dallas, TX 75247-3822
13476393      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
               Chicago, IL 60661-3631
13476395      +Verizon,    500 Technology Dr,    Ste 550,    Weldon Spring, MO 63304-2225
13476394      +Verizon,    PO Box 8585,    Philadelphia PA 19101-8585
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 04 2017 01:46:28     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 04 2017 01:45:43
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 04 2017 01:46:11     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com May 04 2017 01:49:41     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13486041      +E-mail/Text: g20956@att.com May 04 2017 01:46:38     AT&T Mobility II LLC,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
13513203       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2017 01:55:15
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13491756      +E-mail/Text: bnc@atlasacq.com May 04 2017 01:45:15     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
13476377       E-mail/Text: RA-BCSEBKN@state.pa.us May 04 2017 01:45:14
               Bureau Of Child Support Enforcement,    P. O. box 8018,    Harrisburg, PA 17105-8018
13476379       E-mail/Text: bankruptcy@phila.gov May 04 2017 01:46:28     City of Philadelphia,
               Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13567832       E-mail/Text: bankruptcy@phila.gov May 04 2017 01:46:28     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13476380       E-mail/Text: bankruptcy@phila.gov May 04 2017 01:46:28     City of Philadelphia Law Dept.,
               Water and Sewer,    1515 Arch Street 15th Floor,    Philadelphia, PA 19102
13476378      +E-mail/Text: ecf@ccpclaw.com May 04 2017 01:45:14     Cibik and Cataldo, P.C.,
               225 S. 15th Street,    Suite 1635,    Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3825
13476382      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 04 2017 01:46:54
               Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
13476385       E-mail/Text: cio.bncmail@irs.gov May 04 2017 01:45:18     I.R.S.,    Special Procedures Branch,
               Insolvency Unit,    P.O. Box 12051,    Philadelphia, PA 19105-2051
13489861      +E-mail/Text: bankruptcygroup@peco-energy.com May 04 2017 01:45:20     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13476390      +E-mail/Text: bankruptcygroup@peco-energy.com May 04 2017 01:45:20     Peco Energy Company,
               PO Box 8699,    Bankruptcy Department S4-1,    Philadelphia PA 19101-8699
13580283      +E-mail/Text: equiles@philapark.org May 04 2017 01:46:45     Philadelphia Parking Authority,
               701 Market St.,    Suite 5400,    Philadelphia, PA 19106-2895
13793230       E-mail/PDF: rmscedi@recoverycorp.com May 04 2017 01:49:41
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 18
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                    Date Rcvd: May 03, 2017
                              Form ID: pdf900             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Linda S. McNeil ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Linda S. McNeil ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA S. MCNEIL | Chapter 13 |
| Debtor | Bankruptcy No. 15-10833-ELF |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: May 3, 2017**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
LINDA S. MCNEIL

4139 DUNGAN AVENUE

PHILADELPHIA, PA 19124